

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CATHY COCHRAN
ELSA ALCALA
JUDGES

COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

June 18, 2014

Presiding Judge
81st District Court
Atascosa County
1 Courthouse Circle Drive, Ste. 206
Jourdanton, TX   78026

Re:   Pedro Solis Sosa
AP-76,674

Dear Judge:

Enclosed herein is a corrected order entered by this Court regarding the above-referenced applicant.

Thank you for your assistance in this matter.   Please let me know if you have any questions.

Sincerely,

Sian R. Schilhab
General Counsel

cc:   District Attorney
Atascosa County
1327 3rd St.
Floresville, TX   78114

Cynthia E. Orr
Attorney at Law
310 St. Mary's St.
29th Floor Tower Life Bldg.
San Antonio, TX   78205